IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Evans-Powell, Juan M

Printed: 11/20/07

Case Number: 07 B 15302
Judge: Wedoff, Eugene R

Filed: 8/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: November 15, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | JP Morgan Chase Bank | Secured | 19,323.00 | 0.00 |
| 2. | Groves Of Hidden Creek I Condo Assoc | Secured | 205.00 | 0.00 |
| 3. | TCF Bank | Secured | 895.00 | 0.00 |
| 4. | TCF Bank | Secured | 315.00 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 676.27 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 123.47 | 0.00 |
| 7. | FIA Card Services | Unsecured | 406.98 | 0.00 |
| 8. | JP Morgan Chase Bank | Unsecured | 4.50 | 0.00 |
| 9. | Groves Of Hidden Creek I Condo Assoc | Unsecured | 68.00 | 0.00 |
| 10. | IC System Inc | Unsecured |  | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Evans-Powell, Juan M | Case Number: 07 B 15302 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 11/20/07 | Filed: 8/23/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 27. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 28. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 29. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 30. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 31. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 32. | Providian Financial | Unsecured | | No Claim Filed |
| 33. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 34. | Jolas & Assoc | Unsecured | | No Claim Filed |
| 35. | Chase | Unsecured | | No Claim Filed |
| 36. | Alden Heather Rehab | Unsecured | | No Claim Filed |
| 37. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 38. | Nicor Gas | Unsecured | | No Claim Filed |
| 39. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,017.22 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____